# EXHIBIT A

**Generated on:** This page was generated by TSDR on 2024-01-26 15:39:47 EST

**Mark:** ASTRO POP

# ASTRO POP

| | | | |
|---|---|---|---|
| **US Serial Number:** | 72329623 | **Application Filing Date:** | Jun. 10, 1969 |
| **US Registration Number:** | 922460 | **Registration Date:** | Oct. 19, 1971 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **TM5 Common Status Descriptor:** | | LIVE/REGISTRATION/Issued and Active | |
| | | The trademark application has been registered with the Office. | |
| **Status:** | The registration has been renewed. | | |
| **Status Date:** | Oct. 19, 2022 | | |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | ASTRO POP |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S) |
| **Disclaimer:** | THE WORD "POP" IS DISCLAIMED APART FROM THE MARK AS SHOWN. |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | CANDY | | |
| **International Class(es):** | 030 | **U.S Class(es):** | 046 - Primary Class |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Aug. 01, 1962 | **Use in Commerce:** | Aug. 01, 1962 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | LEAF BRANDS, LLC |
| **Owner Address:** | 47 OCEAN HEIGHT DRIVE<br>NEWPORT COAST, CALIFORNIA UNITED STATES 92657 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |

| | |
|---|---|
| **State or Country Where Organized:** | CALIFORNIA |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Benjamin Ashurov | **Docket Number:** | LEAF01054 |
| **Attorney Primary Email Address:** | bashurov@kb-ash.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | Benjamin Ashurov<br>KB Ash<br>2603 Camino Ramon<br>Suite 200<br>San Ramon, CALIFORNIA UNITED STATES 94583 |
| **Phone:** | 415-754-9346 |
| **Correspondent e-mail:** | bashurov@kb-ash.com pto@kb-ash.com |

| | |
|---|---|
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 19, 2022 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Oct. 19, 2022 | REGISTERED AND RENEWED (FOURTH RENEWAL - 10 YRS) | |
| Oct. 19, 2022 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Oct. 19, 2022 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Apr. 19, 2022 | TEAS SECTION 8 & 9 RECEIVED | |
| Oct. 19, 2020 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Jun. 23, 2014 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Sep. 06, 2012 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Sep. 06, 2012 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jul. 02, 2012 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Jul. 02, 2012 | REGISTERED AND RENEWED (THIRD RENEWAL - 10 YRS) | |
| Jul. 02, 2012 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Jun. 25, 2012 | TEAS RESPONSE TO OFFICE ACTION-POST REG RECEIVED | |
| Apr. 04, 2012 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Mar. 13, 2012 | POST REGISTRATION ACTION MAILED - SEC. 8 & 9 | |
| Jan. 20, 2012 | TEAS SECTION 8 & 9 RECEIVED | |
| Jan. 20, 2012 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jan. 05, 2011 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Sep. 12, 2008 | CASE FILE IN TICRS | |
| Dec. 26, 2001 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | |
| Dec. 26, 2001 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Oct. 09, 2001 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | |
| Jul. 09, 1991 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| May 28, 1991 | REGISTERED - SEC. 9 FILED/CHECK RECORD FOR SEC. 8 | |
| Jun. 06, 1977 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | GENERIC WEB UPDATE | **Date in Location:** | Oct. 19, 2022 |

# Assignment Abstract Of Title Information

| Summary | |
|---|---|
| **Total Assignments:** 3 | **Registrant:** NELLSON CANDIES, INC. |

## Assignment 1 of 3

| | | | |
|---|---|---|---|
| **Conveyance:** | ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL | | |
| **Reel/Frame:** | 0569/0549 | **Pages:** | 4 |
| **Date Recorded:** | Jul. 27, 1987 | | |
| **Supporting Documents:** | No Supporting Documents Available | | |

### Assignor

| | | | |
|---|---|---|---|
| **Name:** | NELLSON CANDIES, INC. | **Execution Date:** | Jun. 30, 1987 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | CALIFORNIA |

### Assignee

| | | | |
|---|---|---|---|
| **Name:** | SPANGLER CANDY COMPANY | **State or Country Where Organized:** | TEXAS |
| **Legal Entity Type:** | CORPORATION | | |
| **Address:** | 400 NORTH PORTLAND ST. BRYAN, OHIO 43506 | | |

### Correspondent

| | |
|---|---|
| **Correspondent Name:** | GARDERE AND WYNNE |
| **Correspondent Address:** | 1500 DIAMOND SHAMROCK TOWER DALLAS, TX 75201 |

### Domestic Representative - Not Found

## Assignment 2 of 3

| | | | |
|---|---|---|---|
| **Conveyance:** | ASSIGNS THE ENTIRE INTEREST | | |
| **Reel/Frame:** | 4440/0492 | **Pages:** | 6 |
| **Date Recorded:** | Dec. 23, 2010 | | |
| **Supporting Documents:** | assignment-tm-4440-0492.pdf | | |

### Assignor

| | | | |
|---|---|---|---|
| **Name:** | SPANGLER CANDY COMPANY | **Execution Date:** | Nov. 18, 2010 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | OHIO |

### Assignee

| | | | |
|---|---|---|---|
| **Name:** | ASTRO POPS, LLC | **State or Country Where Organized:** | CALIFORNIA |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | | |
| **Address:** | 25 RIDGEVIEW IRVINE, CALIFORNIA 92603 | | |

### Correspondent

| | |
|---|---|
| **Correspondent Name:** | LYMAN F. SPITZER |
| **Correspondent Address:** | 1000 JACKSON STREET TOLEDO, OH 43604-5573 |

### Domestic Representative - Not Found

## Assignment 3 of 3

| | | | |
|---|---|---|---|
| **Conveyance:** | CHANGE OF NAME | | |
| **Reel/Frame:** | 4742/0450 | **Pages:** | 2 |
| **Date Recorded:** | Mar. 23, 2012 | | |

| | |
|---|---|
| **Supporting Documents:** | assignment-tm-4742-0450.pdf |

### Assignor

| | | | |
|---|---|---|---|
| **Name:** | LEAF BRANDS, LLC | **Execution Date:** | Mar. 23, 2012 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | CALIFORNIA |
| **DBA, AKA, TA, Formerly:** | FORMERLY ASTRO POP, LLC | | |

### Assignee

| | | | |
|---|---|---|---|
| **Name:** | LEAF BRANDS, LLC | **State or Country Where Organized:** | CALIFORNIA |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | | |
| **Address:** | 47 OCEAN HEIGHT DRIVE NEWPORT COAST, CALIFORNIA 92657 | | |

### Correspondent

| | |
|---|---|
| **Correspondent Name:** | ELLIA KASSOFF |
| **Correspondent Address:** | 47 OCEAN HEIGHT DRIVE NEWPORT COAST, CA 92657 |

### Domestic Representative - Not Found

# Proceedings

### Summary

| | |
|---|---|
| **Number of Proceedings:** | 1 |

### Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91077822 | **Filing Date:** | Mar 18, 1988 |
| **Status:** | Terminated | **Status Date:** | May 02, 1990 |
| **Interlocutory Attorney:** | | | |

### Defendant

| | |
|---|---|
| **Name:** | EL PANAL CANDY CO., INC. |
| **Correspondent Address:** | LILLICK MCHOSE & CHARLES SUITE 1200 725 SOUTH FIGUEROA STREET LOS ANGELES CA UNITED STATES , 90017-2513 |

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| PIRU POP | | 73666664 | 1610686 |

### Plaintiff(s)

| | |
|---|---|
| **Name:** | SPANGLER CANDY COMPANY |
| **Correspondent Address:** | GARDERE & WYNNE 717 NORTH HARWOOD SUITE 1500 DALLAS TX UNITED STATES , 75201 |

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| ASTRO POP | | 72329623 | 922460 |

#### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 21 | TERMINATED | May 02, 1990 | |
| 20 | BD'S DECISION: DISMISSED W/ PREJUDICE | Apr 06, 1990 | |
| 19 | WITHDRAWAL OF OPPOSITION | Jan 29, 1990 | |
| 18 | D'S MOT FOR EXTEN. OF TIME W/ CONSENT | Oct 23, 1989 | |

| 17 | D'S NOTICE OF TAKING DEPOSITION | Oct 10, 1989 | |
| 16 | TRIAL DATES RESET | Jun 23, 1989 | |
| 15 | P'S MOT FOR EXTEN. OF TIME W/ CONSENT | Jun 19, 1989 | |
| 14 | TRIAL DATES RESET | Mar 09, 1989 | |
| 13 | P'S MOT FOR EXTEN. OF TIME W/ CONSENT | Feb 27, 1989 | |
| 12 | SJ GRTD/DENIED IN PART; AJ ENTERED ON DEF'S BEHALF; PROCS RESUMED; TDR | Feb 07, 1989 | |
| 11 | SUSPENDED PENDING DISP OF OUTSTNDNG MOT | Dec 02, 1988 | |
| 10 | DEF'S RESPONSE TO SUMMARY JUDGMENT | Nov 22, 1988 | |
| 9 | PL'S FOR SUMMARY JUDGMENT AND MEMO IN SUPPORT | Nov 07, 1988 | |
| 8 | P'S MOT FOR EXTEN. OF TIME W/ CONSENT | Oct 24, 1988 | |
| 7 | STIPULATED PROTECTIVE ORDER | Sep 19, 1988 | |
| 6 | TRIAL DATES SET | Jul 20, 1988 | |
| 5 | ANSWER | May 31, 1988 | |
| 4 | NOTICE RET'D AS UNDELIVERABLE | Apr 27, 1988 | |
| 3 | PENDING, INSTITUTED | Apr 18, 1988 | |
| 2 | NOTICE SENT; ANSWER DUE (DUE DATE) | Apr 18, 1988 | May 30, 1988 |
| 1 | FILED AND FEE | Mar 18, 1988 | |